

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

———————————————

No. 07-19-00140-CR

———————————————

JACQUELYNN STRAUSS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 64th District Court
Hale County, Texas
Trial Court No. A19197-1208; Honorable Robert W. Kinkaid, Jr., Presiding

November 18, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

In 2013, Appellant, Jacquelynn Strauss, was convicted of driving while intoxicated, enhanced,[1] and sentenced to five years confinement. The trial court suspended punishment in favor of community supervision. In 2019, the trial court revoked Appellant's community supervision, sentenced her to five years confinement, and assessed a fine of

---

[1] TEX. PENAL CODE ANN. §§ 49.04, 49.09(b) (West Supp. 2018).

$419.   Appellant appealed the judgment of revocation.  Now pending before this court is Appellant's motion to dismiss her appeal.

As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and her attorney.  No decision of this court having been delivered, the motion is granted, and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.